JS - 6

**UNITED  STATES  DISTRICT  COURT**

**FOR  THE  CENTRAL  DISTRICT  OF  CALIFORNIA**

| | | |
|---|---|---|
| LISA MEZO | ) | **CASE NO.** SA CV08-0735-DOC(MLGx) |
| **Plaintiff(s),** | ) | |
| **v.** | ) | **JUDGMENT** |
| J.J. MAC INTYRE CO. INC. | ) | |
| **Defendant(s).** | ) | |

Pursuant to the F.R.C.P Rule 68 Offer of Judgment filed by defendant and Notice of Acceptance of Offer of Judgment filed by plaintiff, Judgment is entered against defendant as follows:

1.    A total payment of four thousand dollars ($4,000.00) by Defendant J.J. MAC INTYRE CO. INC. to Plaintiff LISA MEZO; and

2.    Reasonable attorneys' fees and costs as agreed by and between the parties related to bringing and maintaining of the instant action.  If the parties cannot agree to the

amount attorneys' fees, the amount is to be determined by the Court by way of written motion.   The determination of costs to be determined by the Clerk by way of Application to Tax Costs.

IT IS SO ORDERED

DATED: October 30, 2008

_____
DAVID O. CARTER
United States District Judge